May 20, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ULLICO CASUALTY COMPANY, Appellant

NO. 14-14-00114-CV                          V.

MATTHIESEN, WICKERT & LEHRER, S.C. AND KELLY, SMITH &
MURRAH, P.C., Appellees

_____

     Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on October 28, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

     We further order that each party shall pay its costs by reason of this appeal.

     We further order that mandate be issued immediately.

     We further order this decision certified below for observance.